■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PAUL SMOOT, Respondent. — Order of the Supreme Court, Kings County, dated May 8, 1981, affirmed for reasons set forth in the memorandum of Justice Clemente at Criminal Term (112 Misc 2d 877). Titone, J. P., Mangano, Gibbons and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD TANNER, Appellant. — Judgment of the Supreme Court, Queens County (Leahy, J.), rendered February 27, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Gibbons and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED DE PASS, Appellant, v WILSON WALTERS, as Superintendent of Ossining Correctional Facility et al., Respondents. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County (Gurahian, J.), entered October 23, 1980, which dismissed the proceeding but directed respondents to afford petitioner a new final parole revocation hearing. Appeal dismissed as moot, without costs or disbursements. The petitioner has been released from prison. Mangano, J. P., Gibbons, O'Connor and Bracken, JJ., concur.

## (February 19, 1982)

■ In the Matter of the Application of MICHAEL W. CASTORO, a Disbarred Attorney for Reinstatement as an Attorney. — The application by Michael W. Castoro, for reinstatement as an attorney and counselor at law has been referred to the Committee on Character and Fitness, to investigate and to report on the applicant's present character and fitness to practice and to confirm that he has taken and completed a recognized New York State Bar Review Course. The Report of the Committee on Character and Fitness has been received and this court adopts its findings that the applicant presently possesses the requisite character and fitness for an attorney and counselor at law and has successfully completed a Bar Review Course. Application for reinstatement to the Bar as an attorney and counselor at law, granted, and the clerk of this court is directed to restore his name to the roll of attorneys and counselors at law, forthwith. Mollen, P. J., Damiani, Titone, Lazer and Gulotta, JJ., concur.